IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRELL JONES,** )  | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-cv-682-WDS |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on Petitioner's motion for a certificate of appealability (Doc. 10). Title 28 U.S.C. § 2253(c) provides in pertinent part:

> Unless a circuit justice of judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from ---
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.

28 U.S.C. § 2253(c)(1).

Petitioner's § 2241 petition is neither a proceeding under section § 2255, nor is it a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court. Consequently, no certificate of appealability is necessary for Petitioner to perfect his appeal. Fed.R.App.P. 22(b); 28 U.S.C. § 2253(c). Accordingly, Petitioner's Motion for Certificate of

Appealability is **DENIED** as **MOOT.**

**IT IS SO ORDERED.**

**DATED: March 4, 2009.**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**
